# KOHLER & HART LLP

ATTORNEYS AT LAW

MARTIN E. KOHLER
MICHAEL F. HART *
BRIAN KINSTLER
CHRISTOPHER M. EIPPERT

FIRST NATIONAL BANK BUILDING
735 NORTH WATER STREET, SUITE 1212
MILWAUKEE, WISCONSIN 53202
TELEPHONE 414.271.9595
FACSIMILE 414.271.3701
www.kohlerandhart.com

*ALSO ADMITTED IN MICHIGAN

August 3, 2005

Honorable William E. Callahan
United States Magistrate Judge
Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4512

Re: **United States of America v. Michael Riley,** Case No. 05-CR-73

Dear Judge Callahan:

Our client, Michael Riley, is currently out of custody on bond, with conditions including travel restricted to the Eastern District of Wisconsin. Mr. Riley's cousin passed away this week and he wishes to attend the funeral services in Chicago, Illinois this Saturday, August 6th, 2005. Mr. Riley would be driving to Chicago the morning of the 6th and returning to his home in Milwaukee on Sunday August 7th.

On Mr. Riley's behalf, I am requesting permission of the Court to allow him to travel to Illinois for this family funeral. Assistant United States Attorney Greg Haanstad has no objection to Mr. Riley making this trip. Mr. Riley is willing to provide a copy of the obituary or any other supporting information the court may deem necessary.

Thank you for your attention to this matter. Please contact my office with any questions you may have regarding this matter.

Sincerely,
**/s/ Martin E. Kohler**
Martin E. Kohler
Kohler & Hart, LLP
735 N. Water Street, Suite 1212
Milwaukee, WI 53202
Telephone: (414) 271-9595
Fax: (414) 271-3701
mekohler@kohlerandhart.com

cc: Michael Riley (via U.S. mail)
AUSA Greg Haanstad